*E-Filed 12/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALICIA G. ATIENZA, et al.,                     No. C 11-03155 RS

        Plaintiffs,                    **ORDER DISMISSING CASE WITH PREJUDICE**
   v.

BAYVIEW FINANCIAL, L.P., et al.,

        Defendants.
_____/

On June 24, 2011, plaintiffs filed a forty-three page complaint against Bayview Financial LP. The Complaint is incomprehensible and uses unrecognizable grammar and syntax. On October 4, 2011, defendant filed a motion to dismiss the entire Complaint, asserting that it could not possibly respond to the unintelligible allegations. Plaintiffs failed to oppose defendant's motion and neglected to appear at the motion hearing held on December 15, 2011. In light of the fact that plaintiffs have previously filed two separate actions concerning the same properly and failed either to oppose the motion or to appear at the hearing, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 12/15/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER